1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  DEREK R. OWENS (CSBN 230237)
   Assistant United States Attorney
5
6  KEVIN OSBORNE
   Law Clerk
7     450 Golden Gate Avenue; Box 36055
      San Francisco, California 94102
8     Telephone: (415) 436-7200
      Fax: (415) 436-7234
9
   Attorneys for Plaintiff
10
11
                     UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14
15
16  UNITED STATES OF AMERICA,        )   CR No. 07-0070 MAG
                                     )
17         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER RESETTING HEARING DATE
18      v.                           )
                                     )
19  MARK STACKER,                    )
                                     )
20         Defendant.                )
                                     )
21  _____

22         This matter is currently set for a status hearing for March 15, 2007 at 10:00 a.m.
23  before the Honorable Maria-Elena James.  The parties in this case hereby stipulate to
24  reset the hearing date from March 15, 2007 to April 5, 2007 at 10:00 a.m. before the
25  Honorable Maria-Elena James.  The parties agree that granting the continuance is
26  reasonable for effective preparation of both defense counsel and the United States and to
27  facilitate ongoing plea negotiations, taking into account the exercise of due diligence.
28  The parties also agree that the ends of justice served by granting such a continuance

Stipulation and [Proposed] Order

1  outweighed the best interests of the public and the defendant.
2  SO STIPULATED:

3                                          Respectfully submitted,

4                                          SCOTT N. SCHOOLS
                                           United States Attorney
5

6  DATED:   03/13/07                        /s/ Derek Owens
                                           DEREK R. OWENS
7                                          Special Assistant U.S. Attorney

8

9  DATED:   03/14/07                        /s/ Steven Koeninger
                                           STEVEN KOENINGER
10                                         Attorney for Defendant

11

12      For the reasons stated above, the Court finds that the hearing should be reset for
13  April 5, 2007 at 10:00 a.m. before the Honorable Maria-Elena James.
14  **SO ORDERED.**

15

16  DATED:  March 15, 2007

17                                         MARIA-ELENA JAMES
                                           United States Magistrate Judge
18

*IT IS SO ORDERED*
*Judge Maria-Elena James*

Stipulation and [Proposed] Order