SCOTT N. SCHOOLS (SCSBN 9990)
Interim United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

FILED

APR 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0070 MAG |
|     Plaintiff, | |
| v. | PLEA AGREEMENT |
| MARK S. STACKER, | |
|     Defendant. | |

    I, Mark S. Stacker, and the United States Attorney's Office for the Northern District of California (hereafter "the government") enter into this written plea agreement (the "Agreement") pursuant to Rules 11(c)(1)(A) and 11(c)(1)(B) of the Federal Rules of Criminal Procedure:

The Defendant's Promises

    1.    I agree to plead guilty to Count Three of the captioned Information charging me with Open Container of Alcoholic Beverage, in violation of Title 36, Code of Federal Regulations, Section 4.14. I agree that the elements of the offense and the maximum penalties are as follows: (1) I was within a motor vehicle; (2) I did carry or store a bottle, can, or other

PLEA AGREEMENT
CR 07-0070 MAG

1 receptacle containing an alcoholic beverage that was open or had been opened, or whose seal had
2 been broken or the contents of which had been partially removed; and (3) I was apprehended
3 within the area under the purview of the National Park Service and administered by the Golden
4 Gate National Recreation Area.

5     a. Maximum prison sentence      6 months
6     b. Maximum fine      $5,000
7     c. Mandatory special assessment      $10

8     2. I agree that I am guilty of the offense to which I will plead guilty, and I agree that
9 the following facts are true: On January 15, 2007, I was found within a motor vehicle while
10 possessing two bottles containing alcoholic beverages that had both been opened and the contents
11 of which had been partially removed. I was apprehended by the U.S. Park Police in Fort Funston
12 parking lot, within the boundaries of the area under the purview of the National Park Service and
13 administered by the Golden Gate National Recreation Area.

14     3. I agree to give up all rights that I would have if I chose to proceed to trial,
15 including the rights to a jury trial with the assistance of an attorney; to confront and cross-
16 examine government witnesses; to remain silent or testify; to move to suppress evidence or raise
17 any other Fourth or Fifth Amendment claims; to any further discovery from the government; and
18 to pursue any affirmative defenses and present evidence.

19     4. I agree to give up my right to appeal my conviction, the judgment, and orders of
20 the Court. I also agree to waive any right I may have to appeal my sentence.

21     5. I agree not to file any collateral attack on my conviction or sentence, including a
22 petition under 28 U.S.C. §2255, at any time in the future after I am sentenced, except for a claim
23 that my constitutional right to the effective assistance of counsel was violated.

24     6. I agree not to ask the Court to withdraw my guilty plea at any time after it is
25 entered.

26     7. I agree to recommend the sentence set forth in Paragraph 15, below. I agree that,
27 regardless of any other provision in this agreement, the government may and will provide to the
28 Court and the Probation Office all information relevant to the charged offenses or the sentencing

PLEA AGREEMENT
CR 07-0070 MAG      2

1  decision. I also agree that the Court is not bound by the recommended sentence below, the Court
2  may conclude that a different and/or higher sentence should be imposed, and, if it does, I will not
3  be entitled, nor will I ask, to withdraw my guilty plea.
4      8.  I agree to pay restitution for all losses caused by the offenses with which I was
5  charged and agree that the amount of restitution will not be limited to the loss attributable to the
6  offense to which I am pleading guilty. The parties do not presently believe that any restitution is
7  owed. I agree that I will make a good faith effort to pay any fine, forfeiture, or restitution.
8  Before or after sentencing, I will, upon request of the Court, the Government, or the U.S.
9  Probation Office, provide accurate and complete financial information, submit sworn statements
10 and give depositions under oath concerning my assets and my ability to pay, surrender assets I
11 obtained as a result of my crimes, and release funds and property under my control in order to
12 pay any fine, forfeiture, or restitution. I also agree to pay the special assessment at the time of
13 sentencing.
14      9.  I agree not to commit or attempt to commit any crimes before sentence is imposed
15 or before I surrender to serve my sentence. I also agree not to violate the terms of my pretrial
16 release (if any); intentionally provide false information to the Court, the Probation Office,
17 Pretrial Services, or the government; or fail to comply with any of the other promises I have
18 made in this Agreement. I agree that, if I fail to comply with any promises I have made in this
19 Agreement, then the government will be released from all of its promises in this agreement,
20 including those set forth in paragraphs 12 through 15 below, but I will not be released from my
21 guilty plea.
22     10.  I agree that this Agreement contains all of the promises and agreements between
23 the government and me, and I will not claim otherwise in the future.
24     11.  I agree that this Agreement binds the U.S. Attorney's Office for the Northern
25 District of California only, and does not bind any other federal, state, or local agency.

26 The Government's Promises

27     12.  The government agrees to move to dismiss any open charges pending against the
28 defendant in the captioned Information at the time of sentencing.

PLEA AGREEMENT
CR 07-0070 MAG                                3

13. The government agrees not to file or seek any additional charges against the defendant that could be filed as a result of the investigation that led to the captioned Information.

14. The government agrees to recommend the sentence set forth in Paragraph 15, below.

Joint Sentencing Recommendation

15. The parties agree to jointly recommend the following sentence:
   a. 1 year probation; unsupervised
   b. Payment of a $500 fine or completion of 63 hours of community service ~~(at the direction of the Probation Officer~~ in lieu of payment of a fine);
   c. Payment of a mandatory special assessment fee of $10. I agree that I will pay this to the Clerk of Court on the day I am sentenced.

The Defendant's Affirmations

16. I confirm that I have had adequate time to discuss this case, the evidence, and this Agreement with my attorney, and that he has provided me with all the legal advice that I requested.

17. I confirm that while I considered signing this Agreement, and at the time I signed it, I was not under the influence of any alcohol, drug, or medicine.

//
//
//
//
//
//
//
//
//
//
//

PLEA AGREEMENT
CR 07-0070 MAG                                                4

18. I confirm that my decision to enter a guilty plea is made knowing the charges that have been brought against me, any possible defenses, and the benefits and possible detriments of proceeding to trial. I also confirm that my decision to plead guilty is made voluntarily, and no one coerced or threatened me to enter into this agreement.

Dated: 4/12/07

MARK S. STACKER
Defendant

SCOTT N. SCHOOLS
United States Attorney

Dated: 4/12/07

DEREK R. OWENS
Special Assistant United States Attorney

I have fully explained to my client all the rights that a criminal defendant has and all the terms of this Agreement. In my opinion, my client understands all the terms of this Agreement and all the rights he is giving up by pleading guilty, and, based on the information now known to me, his decision to plead guilty is knowing and voluntary.

Dated: 4/12/07

STEVEN KOENINGER
Attorney for Defendant

PLEA AGREEMENT
CR 07-0070 MAG                               5